UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| Harold Arnold Coleman and, | Case No. 08-48470-PJS |
| Ruth Jean Coleman, | Chapter 7 |
| | Hon. Phillip J. Shefferly |
| Debtors. | |
| _____/ | |

NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The enclosed check in the amount of $5.16 represents the total sum of unclaimed dividends (less than $5) in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the Parties entitled to these unclaimed dividends is as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 12 | Meade & Associates, Inc.<br>737 Enterprise Dr.<br>Westerville, OH 43081-8850 | $3.56 |
| 14 | Comcast<br>PO Box 8009C<br>Plymouth, MI 48170-8009 | $1.60 |
| | **Total:** | **$5.16** |

Dated: May 4, 2010

/s/ Mark H. Shapiro (P43134)
Trustee
25925 Telegraph Road
Suite 203
Southfield, MI 48033
(248) 352-4700
shapiro@steinbergshapiro.com